No. 88–5861.   GUZMAN v. CALIFORNIA, 488 U. S. 1050; and

No. 88–5988.   IN RE MARTIN, 489 U. S. 1009.   Motions for leave to file petitions for rehearing denied.

## NOVEMBER 13, 1989

No. 89–52.   UNITED STATES v. ALBERTSON.   C. A. D. C. Cir. Certiorari dismissed under this Court's Rule 53.

No. — – ——.   FIREY v. WASHINGTON ET AL.   Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–299 (89–555).   MUSSLEWHITE v. STATE BAR OF TEXAS. Sup. Ct. Tex.   Application for stay and other relief, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. D–799.   IN RE DISBARMENT OF DAVIS.   Disbarment entered.   [For earlier order herein, see 492 U. S. 931.]

No. D–802.   IN RE DISBARMENT OF ROLLMAN.   Disbarment entered.   [For earlier order herein, see 492 U. S. 931.]

No. D–803.   IN RE DISBARMENT OF DIRICCO.   Disbarment entered.   [For earlier order herein, see 492 U. S. 931.]

No. D–828.   IN RE DISBARMENT OF KAVANAUGH.   It is ordered that Michael Joseph Kavanaugh, of Millford, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.